UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER          :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
-----------------------------------------------------------------X
EMANUEL SANTAMARIA,                     :  07-CV-1528-AKH
                                        :
                        Plaintiff,      :
                                        :  **APPEARANCE**
        - against -                     :
                                        :
ALAN KASMAN DBA KASCO, *et al.*,        :
                                        :  **ELECTRONICALLY FILED**
                        Defendants.     :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated:  New York, New York            DICKSTEIN SHAPIRO LLP
        October 3, 2007

                              By:    ___/s/ Judith R. Cohen___
                                     Judith R. Cohen (JC-8614)
                                     1177 Avenue of the Americas
                                     New York, New York 10036
                                     Phone: (212) 277-6500
                                     Fax: (212) 277-6501
                                     *Attorney for Defendant*
                                     MERRILL LYNCH & CO., INC.

DOCSNY-271737v01