UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
IN RE: WORLD TRADE CENTER LOWER       :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LOCATION
                                                                 :   ELECTRONICALLY FILED
                                                                 :
-----------------------------------------------------------------x
EMANUEL SANTAMARIA,                   :
                                          Case No.: 07CV1528 (AKH)
                Plaintiff,            :
        v.                                **NOTICE OF ADOPTION OF**
                                      :   **MASTER ANSWER BY**
222 BROADWAY, LLC, ET. AL.,               **DEFENDANT JPMORGAN**
                                      :   **CHASE BANK N.A.**
                Defendants.
-----------------------------------------------------------------x

   PLEASE TAKE NOTICE THAT defendant JPMorgan Chase Bank N.A. as and for its responses to the allegations set forth in the Complaint by Adoption (Check-off Complaint) related to the Master Complaint filed in the above referenced action, hereby adopts its Master Answer to the Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

   WHEREFORE, defendant JPMorgan Chase Bank N.A. respectfully requests that the above captioned actions be dismissed, with costs, attorneys' fees, disbursements, and such other relief as the Court deems just and proper.

Dated: New York, New York
       December 16, 2007

                                SATTERLEE STEPHENS BURKE & BURKE LLP


                                By: /s/James J. Coster_____
                                    James J. Coster (JC-1431)
                                230 Park Avenue

714258_1

                    New York, New York 10169
                    Tel.: (212) 818-9200
                    Fax: (212) 818-9606
                    Attorneys for Defendant
                    JPMorgan Chase Bank N.A.

TO:   Gregory J. Cannata, Esq.
      Law Office of Gregory J. Cannata
      233 Broadway
      New York, NY 10279

      Robert Grochow, Esq.
      Law Office of Robert Grochow
      233 Broadway
      New York, NY 10279

      Christopher LoPalo, Esq.
      Worby Groner Edelman Napoli and Bern
      115 Broadway, 12th Floor
      New York, New York 10006