William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION        21 MC 102 (AKH)

_____X

EMANUEL SANTAMARIA

|  |  |
|---|---|
| v. | **NOTICE OF THE BROOKFIELD PARTIES' ADOPTION OF AMENDED ANSWER TO MASTER COMPLAINT** |
| ALAN KASMAN DBA KASCO, ET. AL., | CASE NUMBER: (AKH) 07 CV 1528 |

_____X

PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., Brookfield Properties One WFC Co. LLC f/k/a WFP Tower A Co. L.P., Brookfield Properties One WFC G.P. Corp. f/k/a WFP Tower A Co. GP Corp., WFP Tower B Co L.P., WFP Tower B Co. GP Corp., BFP Tower C Co. LLC, BFP Tower C MM LLC and WFP Retail Co. L.P. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
       January **31** 2008

                                    Faust, Goetz, Schenker & Blee, LLP

                                    By: William J. Smith (WJS-9137)
                                    Attorneys for the Brookfield Parties
                                    Two Rector Street, 20th Floor
                                    New York, NY 10006
                                    (212) 363-6900